The PEOPLE OF the TERRITORY OF GUAM, Plaintiff–Appellee,

v.

Anthony Agualo ULLOA, Defendant–Appellant.

No. 94–10181.

United States Court of Appeals, Ninth Circuit.

Dec. 13, 1995.

Pamela J. Berman Byrne, Assistant Federal Public Defender, Honolulu, Hawaii, for the defendant-appellant.

J. Andrew Artero–Boname, Assistant Attorney General, Agana, Guam, for the plaintiff-appellee.

Before: HUG, ALARCON, and TROTT, Circuit Judges.

### ORDER

At Appellant's request, we remanded this matter on June 2, 1995, to the District Court of Guam, Territory of Guam, Appellate Division for the limited purpose of obtaining a ruling from that court on the question whether excusable neglect exists for the late filing of the notice of appeal.

On September 6, 1995, the Appellate Division found that the failure to file a timely notice of appeal was not excusable. For the reasons set forth in the Appellate Division's

decision, this Court has no jurisdiction. This appeal is DISMISSED.